Hamilton *v.* Sharp, Appellant.

Argued April 18, 1962. Before BELL, C. J., MUS-
MANNO, JONES, COHEN, EAGEN and O'BRIEN, JJ.

*Arnold F. diSilvestro,* with him *John J. McCreesh,
Jr.,* for appellants.

*Lawrence E. MacElree,* with him *MacElree, Platt,
Marrone & Harvey,* for appellee.

OPINION PER CURIAM, November 13, 1962:
Decree affirmed. Costs on appellants.

———

DISSENTING OPINION BY MR. JUSTICE COHEN:
The actions of the original attorney (not now of
record) who represented both the appellant and the ap-
pellee were so lacking in loyalty and fidelity to the best
interests of his male client that I would impose sanc-
tions upon the attorney and the party whom he in
reality represented and whom he subsequently married
by voiding the oppressive separation agreement which
is the subject of this litigation.